# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Mariko S. Danzy
       Bankruptcy No. 14-10115
       Adversary No.
       Chapter         13

Date:   March 27, 2017

To:      Thomas Waskom

## NOTICE OF INACCURATE FILING

Re: Motion to Redact Ex Parte Motion for a Protective Order to Restrict

The above pleading was filed in this office on 03/26/2017. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and/or case number (is) are missing
- ( )   Wrong PDF document attached
- ( )   PDF document  not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing
- (**X**)   Other: No order for judge to sign

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                        Timothy B. McGrath
                        Clerk

                        By:  Donna Rockeymore
                        Deputy Clerk