UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    Chapter 13
                                          :
MARIKO S DANZY                            :    Bankruptcy No. 14-10115
                                          :
                                          :
        Debtor                            :

### O R D E R

   **AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Proof of Claim filed by **RBS Citizens**;

   **AND**, the Court concluding that the subject Proof of Claim (including attachments) fails

to comply with Fed. R. Bankr. P. 9037;

   It is therefore **ORDERED** that:

   1.  This Motion is **GRANTED**.

   2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 1-1 on the**

       **Claims Register forthwith**.

   3.  **RBS Citizens** shall file redacted copies of the documents(s) identified in Paragraph 2

       above within 14 days from the date of the entry of this Order.

Dated:   4/12/17          _____
                          **ERIC L. FRANK**
                          **CHIEF U.S. BANKRUPTCY JUDGE**